**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
SEP 09 2013
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>DAVID ROSALES-AGUILAR,<br><br>                Defendant. | CASE NO. 13cr2695-BTM<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**  an indictment has been filed in another case (13cr3254-BTM) against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

**X**  of the offense(s) as charged in the Indictment/Information:

    8USC1326(a) and (b) - Deported Alien found in the United States.

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:

*Barry Ted Moskowitz*
Barry Ted Moskowitz
U.S. District Judge